# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| ANTONIO CLAY,<br><br>    Plaintiff,<br><br>v.<br><br>EDDIE BRITT AND KEANE THUMMEL TRUCKING INC.,<br><br>    Defendants. | CIVIL ACTION FILE NUMBER:<br>_____<br><br>REMOVED FROM STATE COURT OF FULTON COUNTY<br> CIVIL ACTION FILE NO. 22EV003401<br><br>*Jury Trial Demanded* |

## DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

COME NOW, Defendants **EDDIE BRITT AND KEANE THUMMEL TRUCKING INC.**, and file this Notice of Removal to United States District Court, pursuant to 28 U.S.C. §§ 1441 and 1446, and shows this Court as follows:

### STATEMENT OF THE CASE & PROCEDURAL HISTORY

1. This action was commenced in the State Court of Fulton County, State of Georgia as Civil Action File No. 22EV003401, with the parties named and aligned as stated in the caption of this document. Plaintiff's initial pleading commencing this

action was filed with the Clerk of the State Court of Fulton County on June 17, 2022. A true and correct copy of Plaintiff's initial pleading is attached as "Exhibit A."

2. Although Plaintiff has not filed an affidavit of service, this Notice of Removal is timely under 28 U.S.C. § 1446(b)(1) because it has been filed within 30 days after receipt of the initial pleading on which the proceeding is based.

3. The action alleges Plaintiff Antonio Clay suffered damages due to his physical injuries specifically under the following theories: ordinary negligence, imputed liability, and negligent hiring, training, and supervision.

## DIVERSITY JURISDICTION UNDER 28 U.S.C. § 1332

4. Subject-matter jurisdiction exists over this case under 28 U.S.C. § 1332.

5. Plaintiff Antonio Clay is a Georgia resident and is subject to the jurisdiction of this Court. (Compl. ¶ 1).

6. Defendant Eddie Britt is a South Carolina resident who resides in York County, South Carolina, and is subject to the jurisdiction of this Court. (Compl. ¶ 2).

7. Defendant Keane Thummel Trucking, Inc. is a corporation formed under the laws of the state of Iowa, with its principal place of business located at 419 Main Street, New Market, IA 51646. (Compl. ¶ 3).

8. The amount in controversy exceeds $75,000.00 because Plaintiff seeks damages of $300,000.00. (Exhibit "A"). In his pre-suit demand, Plaintiff identified $40,613.40 in past medical bills and $41,640.00 in lost wages. Plaintiff also alleges pain and suffering and future damages. (Id.).

9. This Court, therefore, has original jurisdiction under 28 U.S.C. § 1332.

10. The United States District Court for the Northern District of Georgia, Atlanta Division, is the appropriate venue under 28 U.S.C. § 1441(a) because it is the district court and division embracing the place where this action is pending.

11. Defendants attach hereto a copy of the Summons and Complaint in State Court of Fulton County, State of Georgia, marked as Exhibit "B."

12. Defendants attach hereto a copy of Defendant's Notice of Removal which has been sent for filing in the State Court of Fulton County, State of Georgia, marked as Exhibit "C".

Respectfully submitted on this 12th day of August, 2022.

        **HALL BOOTH SMITH, P.C.**

        */s/ Preston A. Dunaway*
        SEAN B. COX
        Georgia State Bar No. 664108
        PRESTON A. DUNAWAY
        Georgia State Bar No. 644789
        *Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
scox@hallboothsmith.com
pdunaway@hallboothsmith.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANTONIO CLAY,<br><br>    Plaintiff,<br><br>v.<br><br>EDDIE BRITT AND KEANE THUMMEL TRUCKING INC.,<br><br>    Defendants. | CIVIL ACTION FILE NUMBER:<br>_____<br><br><br>REMOVED FROM STATE COURT OF FULTON COUNTY<br> CIVIL ACTION FILE NO. 22EV003401<br><br>*Jury Trial Demanded* |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **DEFENDANTS' NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

Nicholas Schyder, Esq.
NICK SCHNYDER LAW FIRM, LLC
351 Atlanta St. SE
Marietta, GA 30060
nick@schnyderlawfirm.com
*Counsel for Plaintiff*

Respectfully submitted on this 12th day of August, 2022.

                                **HALL BOOTH SMITH, P.C.**

                                */s/ Preston A. Dunaway*
                                SEAN B. COX
                                Georgia State Bar No. 664108
                                PRESTON A. DUNAWAY
                                Georgia State Bar No. 644789
                                *Counsel for Defendants*

191 Peachtree Street NE, Suite 2900
Atlanta, GA  30303-1775
T:  404.954.5000
F:  404.954.5020
scox@hallboothsmith.com
pdunaway@hallboothsmith.com